PROB 12A
(Rev.5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Charles Arthur Young     Case Number: 3:91-00091

Name of Judicial Officer: The Honorable William J. Haynes, Jr., Chief U.S. District Judge

Name of Sentencing Judicial Officer: The Honorable Thomas A. Higgins, U.S. District Judge

Date of Original Sentence: November 25, 1991

Original Offense: 18 U.S.C. § 2113(D) Armed Bank Robbery (seven counts) and 18 U.S.C. § 924(c) Possession of Firearm in Commission of a Crime of Violence

Original Sentence: 270 months' custody followed by 5 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: October 25, 2010

Assistant U.S. Attorney: Darryl A. Stewart     Defense Attorney: Mariah Wooten

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 26th day of August, 2013,
and made a part of the records in the above case.

William J. Haynes, Jr.
Chief United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Eric Illarmo
U.S. Probation Officer

Place    Nashville, Tennessee

Date    August 26, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernailia related to such substances, except as prescribed by a physician.** |

On August 17, 2013, the defendant submitted a urine sample which tested positive for marijuana. He admitted to using the substance on August 14 and 15, 2013. The defendant was reprimanded, and his drug testing frequency was increased. He continues to receive substance abuse treatment at the Guidance Center in Murfreesboro, Tennessee.

### Compliance with Supervision Conditions and Prior Interventions:
Mr. Charles Arthur Young began his term of supervised release on October 25, 2010, and is currently scheduled to complete his term on October 24, 2015. Upon his release from prison, he resided in the Eastern District of Virginia. He returned to the Middle District of Tennessee on November 14, 2011.

On November 18, 2011, Mr. Young reported to the probation office and provided a urine sample which tested positive for marijuana. He was placed in a program of scheduled drug testing, and he tested negative for nine months. At that point he was removed from the testing program.

On February 21, 2013, the defendant submitted a urine sample which tested positive for marijuana, as previously reported to the Court on March 26, 2013. He was referred to the Guidance Center where he has been in compliance with the substance abuse treatment program.

### U.S. Probation Officer Recommendation:
It is recommended that the defendant be continued on supervision with no further action taken at this time. This matter has been reported to Darryl A. Stewart of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _/s/ Britton Shelton_
Britton Shelton
Supervisory U.S. Probation Officer