PROB 12A
(Rev.5/2011)

# United States District Court
for
### Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Charles Arthur Young</u>　　Case Number: <u>3:91-00091</u>

Name of Judicial Officer: <u>The Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>The Honorable Thomas A. Higgins, U.S. District Judge</u>

Date of Original Sentence: <u>November 25, 1991</u>

Original Offense: <u>18 U.S.C. § 2113(D) Armed Bank Robbery (seven counts) and 18 U.S.C. § 924(c) Possession of Firearm in Commission of a Crime of Violence</u>

Original Sentence: <u>270 months' custody followed by 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>　　Date Supervision Commenced: <u>October 25, 2010</u>

Assistant U.S. Attorney: <u>Darryl A. Stewart</u>　　Defense Attorney: <u>Mariah Wooten</u>

---

**THE COURT ORDERS:**

☒ No Action *to recommended [signature]*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Considered this _24th_ day of _September_, 2013,
and made a part of the records in the above case.

_[signature]_
Eric Illarmo
U.S. Probation Officer

_[signature]_
William J. Haynes, Jr.
Chief United States District Judge

Place　　Nashville, Tennessee

Date　　September 20, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernailia related to such substances, except as prescribed by a physician.** |

On August 26 and September 3, 2013, the defendant submitted urine samples which tested positive for marijuana. Before each test, the defendant denied any use of marijuana since his last positive, previously reported to the Court. The urine samples were submitted to a toxicology analysis. On September 11, 2013, the results were received by the probation office, and the data refuted the defendant's prior denials of new use. On September 13, 2013, the defendant reported to the probation office and was confronted with the toxicology report. He admitted that he used marijuana heavily prior to his urine screen on August 26, 2013, and denied further use. The defendant submitted a urine sample which was negative for all tested substances on September 17, 2013.

### Compliance with Supervision Conditions and Prior Interventions:
Mr. Charles Arthur Young began his term of supervised release on October 25, 2010, and is currently scheduled to complete his term on October 24, 2015. Upon his release from prison, he resided in the Eastern District of Virginia. He returned to the Middle District of Tennessee on November 14, 2011.

On November 18, 2011, Mr. Young reported to the probation office and provided a urine sample which tested positive for marijuana. He was placed in a program of scheduled drug testing, and he tested negative for nine months. At that point he was removed from the testing program.

On February 21, 2013, the defendant submitted a urine sample which tested positive for marijuana, as previously reported to the Court on March 26, 2013. He was referred to the Guidance Center where he has been in compliance with the substance abuse treatment program; however, as previously reported to the Court, he tested positive for marijuana on August 13, 2013.

### U.S. Probation Officer Recommendation:
It is recommended that the defendant be continued on supervision with no further action taken at this time. This matter has been reported to Darryl A. Stewart of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer